JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11

12   George C. Chatman,                    EDCV 14-1244 PA (MANx)

                    Plaintiff,             JUDGMENT
13

14           v.

15   United States, et al.,

16                    Defendants.

17

18          Pursuant to the Court's October 22, 2014 Minute Order granting the Motion to

19   Dismiss filed by defendant United States of America,

20          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is

21   dismissed with prejudice for lack of subject matter jurisdiction.

22          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

23   nothing and that Defendants shall have their costs of suit.

24

25

26   DATED: October 22, 2014       _____

27                                          Percy Anderson
                                   UNITED STATES DISTRICT JUDGE
28